IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR333 |
| vs. | |
| CHARMION S. YELLOWCLOUD | ORDER |
| Defendant. | |

This matter is before the court on Defendant's unopposed Motion to Continue Trial [52]. Counsel is seeking additional time to finalize the plea agreement with the government. Government's counsel is also scheduled to start another trial on February 6, 2018, and would therefore need to request a continuance. For good cause shown,

**IT IS ORDERED** that the Defendant's unopposed Motion to Continue Trial [52] is granted as follows:

1. The jury trial, now set for February 6, 2018, is continued to **March 27, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 27, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 31st day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge