# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHARMION S. YELLOWCLOUD,<br><br>　　　　　Defendant. | 8:16CR333<br><br>ORDER |

IT IS ORDERED: at the request of the United States Probation Office, the Petition, ECF No. 82, is deemed withdrawn and the Warrant, ECF No. 83, shall be recalled.

Dated this 4th day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge